AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELLA QUINCES & PHOTOGRAPHY HIALEAH, INC., | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  1:26-cv-22745-KMW |
| v. | ) | |
| MISS15BELLEZAS LLC, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MISS15BELLEZAS LLC,
12700 SW 128TH STREET
STE 107
MIAMI, FL 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carlos A. Rodriguez II
CARLOS A. RODRIGUEZ LAW PLLC
9271 SW 52 Terr.
Miami, FL 33165
Tel: (305) 562-2254
Email: carlos@carodriguezlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Apr 21, 2026



**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court